# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I served, or caused to be served, the following documents:

**OPPOSITION OF THE UNITED STATES TO DEFENDANT PEHRSON'S MOTION PURSUANT TO RULE 60(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

**N/A**

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Brian William Pehrson
No. 09848-041
Federal Medical Center
PMB 4000
Rochester, MN 55903-4000

RACHEL K. PAULOSE
United States Attorney

*s/Pat Schones*

BY: PAT SCHONES
Legal Assistant