# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Brian W. Pehrson CR 01-103 (2) MJD/RLE

2. Defendant and Address: Reg No. 09848-041
   P.O. Box 4000
   Rochester MN 55903

3. Date of verdict: (x) N/A

4. Appealing: (x) Order denying Rule 60(b) Motion

5. Sentence: Custody of BOP for months, yrs supervised released, spec assmt of $

6. Date sentence imposed:

7. Defendant incarcerated? (X) Yes

8. Financial Status: Fee paid? (x) No
   If no, has IFP been granted? (x) No
   Is a motion for IFP pending? (x) No

9. Notice of Appeal was filed on 1/9/08

10. Court Reporter: N/A, no hearing held

11. Trial Counsel: N/A, Defendant filed the Notice of Appeal Pro Se

12. Trial counsel was: (x) N/A Pro Se

    Is there any reason why trial counsel should not be appointed on appeal? () yes () No

13. Assistant U.S. Attorney: Jeffrey S. Paulsen PHONE #: (612) 664-5600

14. List of other defendants in this case & disposition:

15. Additional Comments:
    Probation is it **NOT NECESSARY** to send the PSI, addendums and Statement of Reasons to the Criminal Unit (STP).

Prepared by: lg