**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 08-1216

---

United States of America,

Plaintiff - Appellee

v.

Brian William Pehrson,

Defendant - Appellant

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:01-cr-00103-MJD-2)

---

**JUDGMENT**

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a). Appellant's requested relief is denied.

February 07, 2008

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans