**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Brian Pehrson,

Movant,

v.

United States of America,

Respondent.

---

Crim. No. 01-103 (2) (MJD/RLE)

**MEMORANDUM AND ORDER**

On January 9, 2008, the above-named Movant filed a Notice of Appeal in this matter. (Docket No. 110.) He is seeking appellate review of this Court's order of December 28, 2007, (Docket No. 109), which denied his motion for relief under Fed. R. Civ. P. 60(b). The matter is presently before the Court on the Movant's application seeking leave to proceed in forma pauperis, ("IFP"), on appeal. (Docket No. 112.)

To qualify for IFP status on appeal, a party must submit financial information demonstrating that he or she is indigent. Fed. R. App. P. 24(a); 28 U.S.C. § 1915(a)(1). Even if the party is found to be indigent, however, IFP status will be denied if the Court finds that his or her appeal is not taken in "good faith." 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). Good faith in this context is judged by an objective standard and not by the subjective beliefs of the appellant. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). To determine whether an appeal is taken in good faith, the Court must decide whether the claims to be decided on appeal are factually or legally frivolous. Id. An appeal is frivolous, and therefore cannot be taken in good faith, "where it lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989).

In this case, Movant's IFP application and supporting affidavit, (Docket No. 113), indicate

that he receives a nominal income from a prison job, as well as occasional gifts from family and friends. However, he purportedly has no other source of income, and no assets that could be used to pay the $455 filing fee for his appeal. Based on the representations made in Movant's IFP application and affidavit, the Court finds that he is financially eligible for IFP status on appeal.

Although the Court remains satisfied that Movant's Rule 60(b) motion was properly denied, his appeal is not deemed to be "frivolous," as that term has been defined by the Supreme Court. Therefore, Movant's appeal is found to be taken "in good faith" for purposes 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), and his IFP application will be granted.

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

The above-named Movant's application to proceed in forma pauperis on appeal, (Docket No. 112), is GRANTED.

Dated: February 12th , 2008

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge