# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1216

United States of America,

Appellee

v.

Brian William Pehrson,

Appellant

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:01-cr-00103-MJD-2)

---

**MANDATE**

In accordance with the judgment of February 07, 2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 14, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit